IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Winfield, Regina L | Case Number: 08 B 01205 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 1/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  August 25, 2008
Confirmed: March 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,200.00 | |
| Secured: | | 523.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,843.00 |
| Trustee Fee: | | 233.99 |
| Other Funds: | | 600.00 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 2,843.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Sheffield Towne Assoc | Secured | 1,195.00 | 94.71 |
| 4. | CitiMortgage Inc | Secured | 5,404.00 | 428.30 |
| 5. | Internal Revenue Service | Priority | 3,539.80 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 2,828.90 | 0.00 |
| 7. | Capital One | Unsecured | 860.26 | 0.00 |
| 8. | Capital One | Unsecured | 1,048.57 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 414.84 | 0.00 |
| 10. | Capital One | Unsecured | 699.36 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 885.97 | 0.00 |
| 12. | Portfolio Acquisitions | Unsecured | 1,248.42 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 865.71 | 0.00 |
| 14. | Ginny's | Unsecured | 203.57 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 1,356.36 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 23.35 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 137.48 | 0.00 |
| 18. | LHR Inc | Unsecured | 8,462.50 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 435.15 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 423.09 | 0.00 |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 24. | DSNB | Unsecured | | No Claim Filed |
| 25. | American Collection Corp | Unsecured | | No Claim Filed |
| 26. | I C Systems Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Winfield, Regina L

Printed: 11/25/08

Case Number:  08 B 01205
Judge:  Hollis, Pamela S
Filed:  1/19/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Phone Co Credit Union | Unsecured | | No Claim Filed |
| 30. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 32,875.33 | $ 3,366.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 233.99 |
| | $ 233.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

